## DAVID A. ABRAMS *v.* COMMISSIONER OF CORRECTION

The petitioner David A. Abrams' petition for certification for appeal from the Appellate Court, 119 Conn. App. 414 (AC 29965), is denied.

*Matthew J. Collins*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided March 30, 2010

## ALBERT LOPEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Albert Lopez' petition for certification for appeal from the Appellate Court, 119 Conn. App. 606 (AC 30201), is denied.

*Rosemarie T. Weber*, special public defender, in support of the petition.

*Linda Currie-Zeffiro*, assistant state's attorney, in opposition.

Decided March 30, 2010